UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JADA DAVIS-BEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 4:23-cv-00857-SRC |
| STATE OF MISSOURI, | ) ) ) |
| Defendant. | ) |

### Memorandum and Order

This matter is before the Court upon review of self-represented Plaintiff Jada Davis-Bey's "Complaint-Petition to Cancel Birth Certificate Properly." Doc. 1 at pp. 1–2. The filing is dated June 28, 2023, and contains an attachment, Davis-Bey's Housing Unit Card from the St. Louis City Justice Center, Doc. 1-2, as well as a document titled "Notice to State and Foreign Enclave/Court of the European Colonizer(s) to Correct their System(s) Records and Motion for Order of Dismissal and Memorandum of Understanding – Cease and Desists [sic] All Court Actions," Doc. 1 at pp. 3–4.

In her filing, Davis-Bey states she is "a moor-muur" and "one of the original owners of" the United States land. Doc. 1 at 2. It appears she would like this Court to intervene in her state court criminal case due to civil rights issues. Because of the nature of the allegations, the Court construes the filing as a new civil rights complaint brought pursuant to 42 U.S.C. § 1983; however, the Court will require Davis-Bey to file an amended complaint on a court-provided form in compliance with this Court's Local Rules. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms where

applicable."). Additionally, Davis-Bey has neither paid the filing fee nor filed an application to proceed in the district court without prepaying fees or costs. *See* 28 U.S.C. § 1915(a).

Accordingly, the Court directs the Clerk to mail to Davis-Bey (1) a copy of the Court's prisoner civil rights complaint form and (2) a copy of the application to proceed in district court without prepaying fees or costs. The Court further orders Davis-Bey to either pay the $402 filing fee or submit the application to proceed in district court without prepaying fees or costs within twenty-one (21) days of the date of this Order. Davis-Bey must file an amended complaint on the Court-provided form within twenty-one (21) days of the date of this Order. If Davis-Bey fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to Davis-Bey.

Dated this 22nd day of September, 2023.

                                                        _____
                                                        STEPHEN R. CLARK
                                                        CHIEF UNITED STATES DISTRICT JUDGE